Brian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
Joshua A. Goodman, Bar No. 293816
jgoodman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:  310.981.2000
Facsimile:   310.337.0837

Michael N. Feuer, City Attorney, Bar No. 111529
Wayne H. Song, Managing Assistant City Attorney, Bar No. 185473
LOS ANGELES CITY ATTORNEY'S OFFICE
200 North Main Street, Room 700, City Hall East
Los Angeles, CA  90012-4131
Telephone: (213) 978-8286
Facsimile: (213) 978-8216

Attorneys for Defendant
CITY OF LOS ANGELES

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BURWELL; et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | Case No.:  CV15-3466 AB (JPRx) <br><br> Complaint Filed: May 8, 2015 <br><br> **ORDER RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE** |

On September 20, 2016, Plaintiffs STEVE AVEDISSIAN, DAVID BURWELL, CHARLES ELZIE, STEPHEN LEAF, RUSSELL NAKAMURA, ROY RODRIGUEZ, ANTHONY VIDOVICH, and MARCUS WILLIAMS and Defendant CITY OF LOS ANGELES stipulated to the Settlement Agreement between the City and eight Plaintiffs.  This Court considered the Stipulation, including the Settlement Agreement that was attached as Exhibit "1" to the Stipulation.

///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

This Court hereby GRANTS the Parties' Stipulation.  The Settlement Agreement is approved as fair, reasonable and appropriate in all respects.

**IT IS FURTHER ORDERED AND DECREED THAT:**

  A. The Parties shall perform the Settlement Agreement in accordance with its terms; and

  B. Judgment shall be entered in this action, and this action shall be dismissed in its entirety with prejudice.

Dated:  September 23, 2016  _____
             The Honorable André Birotte Jr.
             Judge of the United States District Court

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

7922156.1 LO160-075

2

ORDER RE: APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE